ENOCH MORGAN'S SONS COMPANY, Respondent, *v.* HARRY A. INMAN et al., Appellants.

*Enoch Morgan's Sons Co.* v. *Inman*, 158 App. Div. 932, affirmed.
(Argued October 20, 1914; decided November 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover an amount paid upon a contract prior to the rescission thereof.

*Andrew J. Nellis* and *Homer T. Borst* for appellants.

*R. Floyd Clarke* and *Henry B. Pogson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARLLETT, Ch. J., WERNER, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.